**2003–0680. Cristino v. Ohio Bur. of Workers' Comp.**
Cuyahoga App. No. 80619, 2003-Ohio-766. Discretionary appeal allowed and cause held for the decision in 2002–1314, *Santos v. Ohio Bur. of Workers' Comp.*, Cuyahoga App. No. 80353, 2002-Ohio-2731; briefing schedule stayed.

**2003–0686. Griffith v. Wausau Business Ins. Co.**
Franklin App. Nos. 02AP–551 and 02AP–664, 2003-Ohio-955. Discretionary appeal allowed on Proposition of Law I only.

Lundberg Stratton, J., would allow all propositions of law.

Resnick, F.E. Sweeney and Pfeifer, JJ., dissent.

**2003–0731. State v. Noland.**
Washington App. No. 02CA28, 2003-Ohio-1386. Discretionary appeal allowed; cause consolidated with 2003–0679, *State v. Noland,* Washington App. No. 02CA28, 2003-Ohio-1386, and cause held for the decision in 2002–0351 and 2002–0422, *State v. Comer,* Lucas App. No. L–99–1296, 2002-Ohio-233; briefing schedule stayed.

**2003–0737. Summit Cty. Sheriff v. Fraternal Order of Police.**
Summit App. No. 21303, 2003-Ohio-1133.

Moyer, C.J., and Lundberg Stratton, J., dissent.

O'Connor, J., not participating.

**2003–0741. State v. Maruna.**
Summit App. No. 21214, 2003-Oho-1137. Discretionary appeal allowed and cause held for the decision in 2002–0351 and 2002–0422, *State v. Comer,* Lucas App. No. L–99–1296, 2002-Ohio-233; briefing schedule stayed.

Resnick and Pfeifer, JJ., dissent.

**2003–0790. State v. Jones.**
Summit App. No. 21270, 2003-Ohio-1918. Discretionary appeal allowed and cause held for the decision in 2002–0585, *Klein v. Leis,* Hamilton App. Nos. C–020012, C–020013, C–020015, and C–020021, 146 Ohio App.3d 519, 2002-Ohio-1634; briefing schedule stayed.

Resnick and F.E. Sweeney, JJ., dissent.